

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CV 18–188–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| THOMAS A. OLSON; LAURIE A. OLSON; BANK OF AMERICA, N.A., and MISSOULA COUNTY, MT, | |
| Defendants. | |

Before the Court is the United States' notice of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1).

IT IS ORDERED that this matter is dismissed.

Dated this 18 day of March, 2019.

Dana L. Christensen, Chief Judge
United States District Court